UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In The Matter Of:            In Bankruptcy:

BRUCE EMIL COOLIDGE            Case No. 09-66949-PJS
                                                 Chapter 7
                                                 Hon. PHILLIP J. SHEFFERLY

                 Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

       The attached check in the amount of $1.12 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| PYOD LLC<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | 4 | $1.12 |

                                                              **Total: $1.12**

                                                Respectfully Submitted,

                                                /s/ Gene R. Kohut
                                                21 Kercheval Avenue, Suite 285
                                                Grosse Pointe Farms, MI 48236
                                                Phone: (313) 886-9765
                                                E-mail: ecftrustee@gktrustee.com
Dated: 07/12/2010                            [P47413]